No. 1123. EVERGREEN FARMS Co. *v.* WILLACY COUNTY WATER CONTROL & IMPROVEMENT DISTRICT No. 1. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. D. F. Strickland* for petitioner. *Messrs. John D. McCall* and *Sawnie B. Smith* for respondent.

No. 1124. MILLER ET AL. *v.* UNITED STATES. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Haveth E. Mau* and *Robert Houston French* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for the United States.

No. 1126. HEFLIN ET AL. *v.* UNITED STATES. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. P. H. Odom* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 1139. FIRST NATIONAL BANK, EXECUTOR, ET AL. *v.* MINNESOTA MINES, INC. May 25, 1942. Petition for writ of certiorari to the Supreme Court of Colorado denied. *Mr. Irving B. Melville* for petitioners.

No. 1143. FRANHAM DISTRIBUTORS, INC. *v.* NEW YORK WORLD'S FAIR 1939 INC. ET AL. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alexander Pfeiffer* for petitioner. *Mr. George DeForest Lord* for the New York

World's Fair 1939 Inc., and *Messrs. Lowell Wadmond* and *Edward D. Robbins* for Swift & Co., respondents.

No. 1146. DAVENPORT HOSIERY MILLS ET AL. *v.* FISHER, RECEIVER. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Vaughn Miller* for petitioners. *Mr. Phil B. Whitaker* for respondent.

No. 1147. RATH ET AL. *v.* CROSBY. May 25, 1942. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Joseph A. Padway* and *James A. Glenn* for petitioners. *Messrs. Welles K. Stanley* and *Harry E. Smoyer* for respondent.

No. 1148. OCCIDENTAL LIFE INSURANCE Co. *v.* EILER. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones* and *James C. Jones, Jr.* for petitioner. *Mr. John V. Lee* for respondent.

No. 1151. WARREN, ADMINISTRATRIX, *v.* HAINES, TRADING AS ANNADALE CREAMERY Co. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Richard J. Mackey* for petitioner. *Mr. Isidor Kalisch* for respondent.

No. 1157. HELTON, ADMINISTRATOR, *v.* THOMPSON, TRUSTEE. May 25, 1942. Petition for writ of certiorari to the Appellate Court, First Division, of Illinois denied.